IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM JACQUES,  :

    Plaintiff,

v.  :  Case No. 3:11-cv-443

COMMISSIONER OF SOCIAL  :  JUDGE WALTER H. RICE
SECURITY,

    Defendant.  :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DOC. #24) IN ITS ENTIRETY; SUSTAINING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT ("EAJA"), 28 U.S.C. § 2412(d) (DOC. #23); AWARDING PLAINTIFF $3,800.00 IN EAJA FEES

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his Report and Recommendation, filed August 1, 2013 (Doc. #24), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety. The Court notes that no objections have been filed by either party within the time allotted.

Accordingly, Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. § 2412(d), (Doc. #23), is SUSTAINED, and Plaintiff is AWARDED $3,800.00 in attorney fees.

This case shall remain terminated upon the Court's docket.

Date: August 22, 2013

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE